■ AARON MACHINERY CO., INC., Respondent, v. SERGE TOUMANIANTZ, Defendant and HERMES MACHINE TOOL CO., INC., Appellant. — Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Bastow, JJ.

■ FUN FAIR PARK, INC., et al., Respondents, v. FRANCES URSINI et al., Appellants. FUN FAIR PARK, INC., et al., Appellants, v. GABOR HOLDING CORP., et al., Respondents.— Judgment entered July 1, 1959 and order entered June 30, 1959 unanimously affirmed, with costs of this appeal to the respondents; and the appeal from the order entered August 3, 1959, denying appellants' motion for a new trial, dismissed, as said appeal has not been prosecuted and apparently has been abandoned by the appellants. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ DANIEL LEE, as Assignee of WING HANG KNITTING FACTORY, Respondent, v. M. ITZKOWITZ & SONS, INC., Appellant.— Determination unanimously affirmed, with costs to the respondent of this appeal. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Bastow, JJ.

■ JACOB J. PODELL, Appellant, v. NATIONAL BROADCASTING COMPANY, INC., Respondent.— Judgment and order unanimously affirmed, with costs to the respondent of this appeal. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Bastow, JJ.

■ In the Matter of Estate of HELEN RATZ, Deceased. ADOLPH RATZ, Appellant; JOSEPH ROSS et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Bastow, JJ.

■ DAVID FRUHLING, Appellant, v. AMALGAMATED HOUSING CORPORATION et al., Respondents.— Judgment unanimously affirmed, with costs of this appeal to the respondents. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Bastow, JJ. [20 Misc 2d 296.]

■ In the Matter of the Accounting of GEORGE C. DIX, as Ancillary Administrator C. T. A. of the Estate of VELIMIR BAJKIC, Deceased. SOFIA KANGRGA et al., KATERINA BAJKIC et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ In the Matter of ANGELO DE LUCA against ROBERT E. HERMAN, as State Rent Administrator.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ STRATFORD FACTORS v. NEW YORK STATE BANKING DEPARTMENT et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals and for a stay denied, with $10 costs. The interim stay contained in the order to show cause, dated April 7, 1960, is vacated. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ STAR-CALS, INC. v. VELVETONE FINISHING CORP.— Application denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.